O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>   v.<br><br>JACQUELINE CAYTON-SALAZAR,<br><br>              Defendant. | SA 07-013M<br><br>ORDER OF DETENTION AFTER HEARING<br>(18 U.S.C. § 3142(i)) |

I.

A.  ( ) On motion of the Government involving an alleged

   1.  ( ) crime of violence;

   2.  ( ) offense with maximum sentence of life imprisonment or death;

   3.  (X) narcotics or controlled substance offense with maximum sentence of ten or more years (21 U.S.C. §§ 801,/951, et. seq.,/955a);

   4.  ( ) felony - defendant convicted of two or more prior offenses described above.

   5.  ( ) offense under 18 U.S.C. § 924(c), § 956(a), or 2332b.

   6.  ( ) any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device or other dangerous weapon, or failure to register under 18 U.S.C. § 2250.

1     B.  On motion ( ) (by the Government) / ( ) (by the Court sua sponte involving)

2         1. ( ) serious risk defendant will flee;

3         2. ( ) serious risk defendant will

4             a. ( )   obstruct or attempt to obstruct justice;

5             b. ( )   threaten, injure, or intimidate a prospective   witness or juror or attempt to do so.

6                                                 II.

7     The Court finds no condition or combination of conditions will reasonable assure:

8     A.  (X)      appearance of defendant as required; and/or

9     B.  ( ) safety of any person or the community;

10                                                III.

11    The Court has considered:

12    A.  (X)      the nature and circumstances of the offense;

13    B.  (X)      the weight of evidence against the defendant;

14    C.  (X)      the history and characteristics of the defendant;

15    D.  ( ) the nature and seriousness of the danger to any person or to the community.

16                                                IV.

17    The Court concludes:

18    A.  ( ) Defendant poses a risk to the safety of other persons or the community because:

19

20    B.  ( X) History and characteristics indicate a serious risk that defendant will flee because:

21

22    C.  ( ) A serious risk exists that defendant will:

23         1. ( )   obstruct  or  attempt to  obstruct  justice;

24         2. ( )   threaten, injure or intimidate a witness/ juror; because:

25    D.  ( X)    Defendant has not rebutted by sufficient evidence to the contrary the presumption

26              provided in 18 U.S.C. § 3142 (e).

27

28

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR - 94 (02/94)                       - 2 -                                  Page 2 of 3

1    IT IS ORDERED that defendant be detained prior to trial.

2    IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections

3 facility separate from persons awaiting or serving sentences or person held pending appeal.

4    IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private

5 consultation with his counsel.

6

7

8    Dated: January 23, 2007

9

10                                 Marc L. Goldman
                                   U.S. Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR - 94 (02/94)                     - 3 -                              Page 3 of 3